UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darnell Davis** | : | No. 3:19CV 1117 (VLB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **Zhanna Zervos** | : | |
| **Ryan Carino**. | : | |
| **David Zervos** | : | July 31, 2019 |

## AMENDED COMPLAINT

**Introduction**

1. This is an action for money damages to redress the deprivation by the defendant of rights secured to the plaintiff to be free from false arrest and unlawful detention, undue bodily restraint, and the denial of substantive due process rights afforded by the Fourth and Fourteenth Amendment to the United States Constitution and laws of the United States and the State of Connecticut.

**Jurisdiction**

2. Jurisdiction of this Court is invoked under the provisions of Sections 1331, 1132, 1343 and 1367(a) of Title 28 and Section 1983 and 1988 of Title 42 of the United States Code, the Fourth, Fifth, Fourteenth and Thirteenth Amendments to the United States Constitution, and the laws of the State of Connecticut.

3. Jurisdiction of this Court is invoked, in the state law claims, under

the provisions of Section 1367 of Title 28 of the United States Code.

4. The plaintiff, Darnell Davis, an adult citizen of the United States,residing in Florida.

5. Defendant Zhanna Zervos is an adult citizen, residing in Greenwich, CT.

6. Defendant David Zervos is an adult citizen, residing in Greenwich, CT.

7. Defendant Ryan Carino during all times mentioned in this action, was and is a duly appointed member of the Greenwich Police Department acting in his official capacity.  He is sued, however, only in his individual capacity.

8. Defendant Carino, during all times mentioned in this action, acted under color of law of the Constitution and Statutes of the United States and State of Connecticut, the laws, charter, ordinances, policies, rules, regulations, customs and usages, of the State of Connecticut and the Town of Westport.

9. Defendant Carino, in conjunction with Defendants David Zervos and Zhanna Zervos conducted an investigation and secured an arrest warrant for Plaintiff Darnell Davis without alleging any criminal charges.

10. The criminal information sheet, JD-CR-71, prepared by the prosecutor, alleged violations of Assault in the third Degree, in violation of Connecticut General Statutes Section 53a-61, Strangulation in the Second degree in violation of Connecticut General Statutes Section53a-64bb, and

unlawful Restrain in the Third Degree, in violation of Connecticut General Statutes Section 53a-96.

10. According to the arrest warrant these criminal acts were alleged to have occurred in Greenwich, CT on August 15, 2018.

11. On August 17, 2018 the plaintiff arrived in Greenwich and was picked up by defendant Zhanna Zervos at Laquardia Airport and they spent the night together at her Greenwich home playing pool and drinking wine.

12 On August 18, 2018 the plaintiff and Zhanna Zervos woke up in the late morning and drove to Philadelphia to visit his grandparents and childhood neighborhood. They booked a room at The Loft in Center City and spend the night clubbing with a friend Roland Taylor.

13. On August 19, 2019 they drove back to New York together and booked a room near the airport, which Zhanna paid for, to spend a few hours together before she picks her mother up from the airport visiting from Ukraine. The plaintiff flew back to LAX the morning of August 20, 2018.

14. From August 22, 2018-September 4, 2018 Defendants Zhanna and David Zervos traveled in Europe and I am in London with friends. During this time the Plaintiff and Defendant Zhanna Zervos exchanged of intimate text messages, sex videos, and planed his birthday events.

15. On September 05, 2018 the plaintiff arrived in Paros, Greece to meet defendant Zhanna Zervos at a retreat that she was attending with David. The ticket was paid for by defendant Zhanna Zervos . Defendant David Zervos left on September 04, 2018, the day before.

16. On September 07, 2018 Zhanna Zervos and the plaintiff chartered a speed boat from Paros to Mykonos. Zhanna pays $500 euro cash. They stayed in Mykonos for one night at San Giorgio Hotel.

17. On September 08, 2018 the plaintiff and Zhanna Zervos flew to Barcelona from Mykonos, Zhanna paid for the hotel and airfare. They stayed at Little Beach House in Barcelona. An argument ensued and Zhanna struck the plaintiff. He pushed her away and then she attacked him leaving cuts on his face, head and chest.

18. On September 10, 2018 the plaintiff and Zhanna Zervos flew from Barcelona to Marrakech, Morocco for my birthday celebration. Zhanna paid for hotel and airfare. They stayed at Hotel La Villa Des Oranges in Marrakech.

19. On September 12, 2018, the plaintiff's birthday, Zhanna had a company prepare a romantic dinner and wine, with a sunset camel ride in the desert.

20. On September 13, 2018, the plaintiff and Zhanna Zervos flew from Marrakech to London. Zhanna paid for the flight. They stayed at a friend's condo.

21. Defendant David Zervos noticed social media pictures of the plaintiff and Defendant Zhanna Zervos from the desert.

22. On September 15, 2018, while in London, Defendant Zhanna Zervos received a call from her daughter informing her that Defendant David Zervos saw the picture on my Instagram account and he is filing for divorce.

23. Plaintiff and Defendant Zhanna Zervos decide to stay together during the divorce and to prepare to spend their lives together.

24. On September 16, 2018 Zhanna returned to Greenwich and the plaintiff left for Miami. They planned to meet on September 19, 2018 in Miami for the start of Zhanna's birthday celebration.

25. On September 21, 2018 Defendant Zhanna Zervos files the false claims with Defendant Officer Carino.

26. On September 28, 2018 the plaintiff picked Zhanna up from her Miami condo and they went out for drinks and then back to her place and spent the night together.

27. On September 29, 2018 they met at Soho Beach House, and spent the weekend together.

28. Defendant Zhanna Zervos informed the plaintiff that her husband, Defendant David Zervos, wanted her to go to the police because she told him the only reason she was with the plaintiff for his birthday was because I forced her with physical force. She told me she had to do this to remain married until I had enough money to take care of us.

29. The plaintiff was arrested by warrant on November 15, 2018 in Mecklenburg County, North Carolina.

30. The criminal proceedings were terminated in the plaintiff's favor.

**Count One          42 U.S.C. Section 1983    (Franks Violation)**

1-30.        Paragraphs one through thirty are hereby incorporated as paragraphs one through thirty of Count One.

31        Defendant Carino conducted an investigation and drafted his arrest warrant affidavit with reckless disregard for the truth.

32.        Prior to obtaining the arrest warrant Defendant Carino contacted the plaintiff by telephone.   During that conversation the plaintiff advised Carino that he did not know what Carino was referring to when he alleged that the plaintiff assaulted Defendant Zhanna servos.

33.        Defendant Carino, with a reckless disregard for the truth, failed to investigate the false allegations asserted by Defendant Zhanna Zervos.

34.        The magistrate was misled into signing a warrant for the plaintiff due to the reckless omissions of material facts by Defendant Carono.

35.        If the above false statements were not included in the warrant the plaintiff, the warrant would lack probable cause would not have been arrested and a judge would not have signed a warrant for the plaintiff.

36        If the omissions were included in the warrant, the warrant would lack probable cause and a judge would not have signed an arrest warrant for the plaintiff.

37.        The Plaintiff was held in custody at the police department.

38.        The plaintiff was required to retain counsel and attend numerous court proceedings, and post bond.

39.        The reckless actions of the defendants were unjustified,

unreasonable and unlawful.

40. The defendants knew or should have known that severe emotional distress was the likely result of such conduct.

41. As direct and proximate result of the actions of the defendants, the Plaintiff suffered severe emotional distress including great humiliation, strains upon his business, embarrassment, anxiety, stress, emotional and mental upset, loss of sleep, loss of income, and loss of time from personal pursuits.

42. The Plaintiff's distress was foreseeable and severe enough to cause illness or bodily harm.

43. The acts of the defendants were reckless, wanton, willful and malicious and outside the scope of their official employment.

**Count Two:      Negligent Infliction of Emotional Distress**

1-43. Paragraphs one through forty three of Count One are hereby incorporated as paragraphs one through forty three of Count Two.

44. The defendants' conduct created an unreasonable risk of causing severe emotional distress.

45. In the manner described above, the injuries to plaintiff were the direct and proximate result of the negligent actions of the Defendants.

46. The actions of the defendants constituted the negligent infliction of emotional distress upon Plaintiff.

**Count Three:**               **False Imprisonment**

1-43.     Paragraphs one through forty three of Count One are hereby incorporated as paragraphs one through forty three of Count Three.

44.     The defendants intentionally acted in concert to restrain the liberty of Plaintiff, against his will.

45.     Defendants acted without probable cause.

46.     As a result of the defendants' conduct, confining Plaintiff, he was harmed.

**Count Four**               **Malicious Prosecution**

1-44.     Paragraphs one through forty three of Count One are hereby incorporated as paragraphs one through forty three of Count Four.

44.     Defendants acted without probable cause.

45.     Defendants acted with malice, primarily for the purpose other than that of bringing the plaintiff to justice.

**Count Five**               **Libel**

1- 43.     Paragraphs one through forty three of Count One are hereby incorporated as paragraphs one through forty three of Count Five.

44.     Defendants Zhanna Zervos and Daivd Zervos published false police reports to third parties, the Greenwich Police.

45     The false police reports identified the plaintiff and falsely accused him with violations of various criminal laws.

46.     The reports were defamatory to the plaintiff.

47. The publications caused harm to the plaintiff and constitute libel.

**Count Six              Abuse of Process**

1- 43. Paragraphs one through forty three of Count One are hereby incorporated is paragraphs one through forty three of Count Six.

44. Defendants Zhanna Zervos and David Zervos, with malice, used legal process against the Plaintiff to accomplish a purpose for which it is not designed.

45. The Defendants falsely accused the plaintiff.

The Plaintiff

By His Attorney

*/s/  Robert Berke*

_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06605
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

## **JURY DEMAND**

The plaintiff requests a trial by jury.

By His Attorney

**/s/   Robert Berke**

_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

Wherefore, the plaintiff claims:

a) Compensatory damages;

b) Punitive damages;

c) Attorney's fees;

e) Such other relief as deemed fair and equitable.

By His Attorney

**/s/     Robert Berke**

_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

## **CERTIFICATION**

I hereby certify that on the date above a copy of the foregoing was filed electronically to the below listed counsel and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

/s/
_____
Robert Berke

Case 3:19-cv-01117-VLB   Document 7   Filed 07/31/19   Page 13 of 13